the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on June 3, 1985 [471 U. S. 1134], is hereby discharged.

No. D–499. IN RE DISBARMENT OF JACOB. Disbarment entered. [For earlier order herein, see 472 U. S. 1005.]

No. D–500. IN RE DISBARMENT OF WALTERS. Harris N. Walters, of Boynton, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on June 10, 1985 [472 U. S. 1005], is hereby discharged.

No. D–502. IN RE DISBARMENT OF ATKINS. Benjamin Sloan Atkins, of Atlanta, Ga., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on June 10, 1985 [472 U. S. 1005], is hereby discharged.

No. D–520. IN RE DISBARMENT OF WATSON. It is ordered that Roland Watson, of Central Islip, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 35, Orig. UNITED STATES v. MAINE ET AL. Exceptions to the Report of the Special Master are set for oral argument in due course. [For earlier order herein, see, e. g., 472 U. S. 1015.]

No. 83–1968. THORNBURG, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. v. GINGLES ET AL. D. C. E. D. N. C. [Probable jurisdiction noted, 471 U. S. 1064.] Motions of Legal Services of North Carolina, Dennis DeConcini et al., Common Cause, American Civil Liberties Union Foundation, Inc., et al., and James G. Martin, Governor of North Carolina, for leave to file briefs as amici curiae granted. Motion of appellants and appellees for leave to file oversized portion of joint appendix granted.

No. 84–127. RICHARDSON-MERRELL INC. v. KOLLER, AN INFANT, BY AND THROUGH KOLLER ET UX., HER NATURAL GUARDIANS, ET AL., 472 U. S. 424. Motion of respondents to retax